ROANE-BARKER v. SOUTHEASTERN
    HOSPITAL SUPPLY CORP.

No. 341P90

Case below: 99 N.C.App. 30
            328 N.C. 93

Motion by defendant for reconsideration of petition for discretionary review dismissed 7 February 1991.

STATE v. BURGE

No. 602P90

Case below: 100 N.C.App. 671

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 February 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

STATE v. CROSS

No. 595P90

Case below: 91 N.C.App. 585

Petition by defendant for temporary stay denied 17 December 1990. Application by defendant for writ of habeas corpus denied 17 December 1990.

STATE v. DAVIS

No. 596P90

Case below: 100 N.C.App. 601

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

STATE v. EATON

No. 605P90

Case below: 100 N.C.App. 760

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.